DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

TYRAIL RAHEEM KENDRICK,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

No. 2D2022-0970
_____

August 16, 2024

Appeal from the Circuit Court for Hillsborough County; Samantha L. Ward, Judge.

Rachael E. Reese and Olivia M. Goodman of O'Brien Hatfield Reese, P.A., Tampa, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and J. Wade Stidham, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

SILBERMAN, LaROSE, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.